UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW HIGHTOWER,<br><br>Defendant. | CRIMINAL NO.  SAG-23-0186 |

## ORDER

Upon consideration of the Government's Motion to Exclude Time Pursuant to the Speedy Trial Act, the Court finds that, pursuant to 18 U.S.C. § 3161(h), the ends of justice will be served by continuing the trial date beyond the speedy trial date, and that the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial.

Here, the Defendant was indicted on May 15, 2023 and an initial appearance was held on July 10, 2023. After multiple attorney inquiry hearings and a *Faretta* hearing, the Defendant is now representing himself but with counsel of record remaining in the case as standby counsel to assist the Defendant with discovery review and preparation for motions and trial. A new motions hearing and a trial date have been scheduled for April 3, 2025 and June 16, 2025, respectively.

The ends of justice served by such a delay outweighs the interests of the Defendant and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the Government's motion, all time between September

30, 2024 and June 16, 2025, shall be excluded from the computation of time within which trial must commence in this matter pursuant to 18 U.S.C. §3161(h)(7) of the Speedy Trial Act.

| | |
|---|---|
|  October 4, 2024 |               /s/ |
| Date | The Honorable Stephanie A. Gallagher |
| | United States District Judge |