**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**
Baltimore Division

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | Case No.: SAG 23-186 |
| | : | |
| MATTHEW HIGHTOWER, | : | |
| | : | |
| | : | |

## MOTION TO FILE DOCUMENT UNDER SEAL

Matthew Hightower, by undersigned counsel, respectfully moves this Honorable Court to file under seal the attached Response to the Government's Motion to Admit Evidence Pursuant to Rule 404(b) (ECF 94). The government's motion was filed under seal and contains protected discovery information, as does Mr. Hightower's response. Accordingly, Mr. Hightower seeks leave to file his Response under seal.

WHEREFORE, Mr. Hightower respectfully requests that this Court grant his Motion to File Documents Under Seal so that the proposed sealed document may be filed under seal.

Respectfully submitted,

Matthew Hightower, *by counsel*

_____/s/_____
Daniel H. Goldman
The Law Office of Daniel Goldman
421 King Street, Suite 505
Alexandria, Virginia 22314
MD Bar # 220210033
(202) 677-5709 – Phone
dan@dangoldmanlaw.com

Teresa Whalen

>801 Wayne Avenue, Suite 400
>Silver Spring, Maryland 20910
>MD Bar # 25245
>(301) 728-2905 (Phone)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2025, I will electronically file the foregoing Motion with the Clerk of Court using the CM/ECF system, which will provide service to all parties.

>_____/s/_____
>Daniel H. Goldman, VSB # 82144
>The Law Office of Daniel Goldman
>421 King Street, Suite 505
>Alexandria, Virginia 22314
>(202) 677-5709 – Phone
>dan@dangoldmanlaw.com
>*Counsel for Mr. Hightower*