KC 06.04.25
KYH/PEB: USAO 2022R00258

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN - 4 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW HIGHTOWER,<br><br>Defendant. | CRIMINAL NO. SAG-23-0186<br><br>(Use, Carry and Discharge of a Firearm During and in Relation to a Crime of Violence Causing the Death of Another, 18 U.S.C. § 924 (j)(1); Aiding & Abetting, 18 U.S.C. §2) |

## SUPERSEDING INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about May 27, 2016, in the District of Maryland, the defendant,

**MATTHEW HIGHTOWER,**

unlawfully and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, Witness Retaliation Murder in violation of 18 U.S.C. § 1513(a)(1)(B), Witness Tampering Murder in violation of 18 U.S.C. § 1512(a)(1)(A), and Murder for Hire Conspiracy Resulting in Death in violation of 18 U.S.C. § 1958(a), used, carried and discharged a firearm in violation of Title 18, United States Code, Section 924(c), and in the course of violating Title 18, United States Code, Section 924(c), caused the death of a person through the use of the firearm, to wit, Latrina Ashburne, which killing was murder as defined in Title 18, United States Code, Section 1111.

18 U.S.C. § 924 (j)(1)
18 U.S.C. § 2

_Kelly O. Hayes / PEB_
Kelly O. Hayes
United States Attorney

Date: June 4, 2025