**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CASE NO:  SAG-23-186** |
| **MATTHEW HIGHTOWER,** | |

**ORDER OF DISMISSAL**

The Government's request for leave to dismiss without prejudice the Superseding Information in the above-captioned case, is this _____ day of June 2025, hereby GRANTED.

_____
Honorable Stephanie A. Gallagher
United States District Judge

1